STATE OF CONNECTICUT *v.* FRANCISCO PENA

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 518, is denied.

*Jean Elmblad Blue,* in support of the petition.

*Steven M. Sellers,* assistant state's attorney, in opposition.

Decided December 6, 1988

TOWN OF BEACON FALLS ET AL. *v.* STEPHEN M. POSICK

The plaintiffs' petition for certification for appeal from the Appellate Court, 17 Conn. App. 17, is granted, limited to the following issues:

"1. Did the Appellate Court err in concluding that the enactment of § 2 of Public Acts 1984, No. 84-331, exempting from local zoning any real property of the Connecticut resources recovery authority that had been operated as a solid waste disposal area prior to the effective date of such public act, preempted the Beacon Falls zoning ordinance that prohibited the defendant from operating a landfill on his property?

"2. Did the Appellate Court err in concluding that the Beacon Falls zoning ordinance prohibiting privately operated waste disposal landfills was unconstitutional?"

*Robert F. Carter,* in support of the petition.

Decided December 6, 1988